IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA LEE REEDY : | |
|     Plaintiff, : | CIVIL ACTION |
| : | |
| : | NO. 19-4916 |
| v. : | |
| : | |
| ANDREW M. SAUL[1], : | |
| Commissioner of Social Security, : | |
|     Defendant. : | |

**ORDER**

**AND NOW**, this 29th day of December, 2020, upon review of the brief in support of the request for review filed by Plaintiff and Defendant's response thereto (Docs. Nos. 15 & 16), as well as the administrative record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the final decision of the Commissioner denying disability benefits to Plaintiff is **AFFIRMED** and Plaintiff's Request for Review is **DENIED**.

The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, he is substituted for Nancy A. Berryhill as Defendant in this suit.